AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

Securities and Exchange Commission

V.

Medient Studios, Inc., Fonu2, Inc., Manu Kumaran, Joel A. "Jake" Shapiro, and Roger Miguel

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  4:16-CV-00253-WTM-G

TO: (Name and address of Defendant)

Manu Santha Kumaran
2 Marloes Road
Kensington, London
W8 5LL
United Kingdom

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

W. Shawn Murnahan

Securities and Exchange Commission

950 East Paces Ferry Road NE, Suite 900

Atlanta, GA 30326

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff
CLERK

_(signature)_
(By) DEPUTY CLERK

DATE  11/8/16

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

SCOTT L. POFF
912-650-4020
UNITED STATES DISTRICT COURT S
125 BULL STREET

0.0 LBS   LTR   1 OF 1

20/Dec/2016 14:38 5044

RETURN TO: UNITED STATES DISTRICT COURTS
125 BULL STREET
SAVANNAH GA 31412
UNITED STATES

USA 314 0-02

UPS SAVER   1P
TRACKING #: 1Z A37 49A DA 8781 8710

UKG1DND GBLND800 GB 5044 Dec 20 14:38:49 2016   HIP 16.9.1 LP2044

BILLING: P/P
ADULT SIGNATURE REQUIRED
DESC: Document

EDI-DOC

DATE: 1 21/11

LCN-Discovery 21/NOV/20
5044-F001-2284
KUMARAN
5044   RESCHED DEL   05/DEC
1ZA3749ADA96590798

RTS

RETURN TO SHIPPER
REASON FOR RETURN:
RECEIVER DID NOT ORDER, REFUSED
ORIGINAL RECEIVER:

20/Dec/2016 14:38 5044
USA 314 0-02

SEC ATLANTA REG OFFICE
125 BULL ST
SAVANNAH GA 31401-3759

P: REID
S: IN
REID-7165
8710
DEC 27 04:09:11 2016
1500
X

ODC
CCR  LVS  HVS
DOC  NDOC
D/A ID   ORIGIN PORT COD
010466002

010195103 4/14 PAC United Parcel Service

https://www.campusship.ups.com/cship/create?ActionOriginPair=default