# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>    v.<br><br>MEDIENT STUDIOS, INC., FONU2, INC., MANU KUMARAN, JOEL A. "JAKE" SHAPIRO, and ROGER MIGUEL,<br><br>     Defendants. | Case No. 4:16-cv- 00253 WTM-GRS |

## NOTICE OF FILING PROOF OF SERVICE WITH RESPECT TO DEFENDANT MEDIENT STUDIOS, INC.

Plaintiff, Securities and Exchange Commission (the "SEC"), hereby gives notice of service upon Defendant Medient Studios, Inc., effective as of Dec. 13, 2016. In support, the SEC is also filing the attached Declaration Showing Substituted Service of Process with Respect to Medient Studios, Inc., made by W. Shawn Murnahan, and a Certificate of Acknowledgement from the Georgia Secretary of State's office.

Respectfully submitted this 9th day of January, 2017.

/s/ *W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel
Georgia Bar No. 529940
Tel: (404) 842-7669
Email: murnahanw@sec.gov

M. Graham Loomis
Regional Trial Counsel
Georgia Bar No. 457868
Tel: (404) 842-7622

Joshua M. Dickman
Senior Counsel
Georgia Bar No. 210855
Tel: (404) 842-7630
Email: dickmanj@sec.gov

COUNSEL FOR PLAINTIFF
Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road, N.E., Suite 900
Atlanta, GA  30326-1382
Fax: (703) 813-9364

OF COUNSEL

Edward J. Tarver
United States Attorney

/s/ *Shannon Heath Statkus*
Shannon Heath Statkus
Assistant United States Attorney
Civil Division Chief
SC Bar No. 70410
United States Attorney's Office
Southern District of Georgia
600 James Brown Boulevard
Augusta, Georgia  30901
(706) 826-4526 (telephone)
(912) 652-4991 (facsimile)

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**MEDIENT STUDIOS, INC., FONU2, INC., MANU KUMARAN, JOEL A. "JAKE" SHAPIRO, and ROGER MIGUEL,**<br><br>　　　　　　**Defendants.** | Case No. 4:16-cv- 00253 WTM-GRS |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications to all counsel of record in this case.

This 9th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　*/s/ W. Shawn Murnahan*
　　　　　　　　　　　　　　　　　　　　W. Shawn Murnahan