# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**MEDIENT STUDIOS, INC., FONU2, INC., MANU KUMARAN, JOEL A. "JAKE" SHAPIRO, and ROGER MIGUEL,**<br><br>　　　　　　　　**Defendants.** | Case No. 4:16-cv- 00253 WTM-GRS |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION

Before this Court is Plaintiff Securities and Exchange Commission's Unopposed Motion for Extension of Time to File Summary Judgment Motion. The Court having read and considered the motion and finding good cause exists, it is hereby GRANTED.

Plaintiff shall have 30 additional days, or until September 15, 2017, to file a summary judgment motion.

This 21st day of July, 2017.

_____
G.R. SMITH
MAGISTRATE JUDGE, U.S. DISTRICT COURT