# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV416-253 |
| MEDIENT STUDIOS, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## ORDER

In considering the parties' Joint Motion for Stay of Proceedings (doc. 36) and for good cause shown, **IT IS HEREBY ORDERED** that the proceedings in this matter are stayed as to Defendant Joel A. "Jake" Shapiro for 60 days pending resolution of the settlement reached between the parties.

**SO ORDERED,** this  13th  day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA