UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MEDIENT STUDIOS, INC., FONU2, INC., MANU KUMARAN, JOEL A. "JAKE" SHAPIRO, and ROGER MIGUEL,<br><br>Defendants. | Case No. 4:16-cv- 00253 WTM-GRS |

## MOTION SEEKING APPROVAL OF
## PROPOSED CONSENT JUDGMENTS

Plaintiff Securities and Exchange Commission respectfully moves this Court to approve and enter the proposed consent Orders agreed to by Defendants Roger Miguel ("Miguel") and Fonu2, Inc. ("Fonu2, Inc.") that appear in the record at Dkt. Nos. 12-1 and 13-1.

The consent Orders are the result of settlements Plaintiff previously reached with Miguel and Fonu2. As reflected in the Consent of Defendant Roger Miguel to Order of Permanent Injunction, Officer and Director Bar, and Penny Stock Bar [Dkt. No. 13], and the Consent of Defendant Fonu2, Inc. to Order of Permanent

Injunction [Dkt No. 12], Defendants agreed to the entry of the consent Orders as part of those settlements.[1] (In addition, both Miguel and Fonu2 waived service of the Complaint, entered a general appearance, and admitted the Court's jurisdiction over them and over the subject matter of this action.) The settlements agreed to by Miguel and Fonu2, as evidenced by the Consents and Orders, also provide that some amount of disgorgement, prejudgment interest and civil penalty would be ordered against them upon motion by Plaintiff.

At this time, Plaintiff respectfully moves the Court to approve and enter the proposed consent Orders. Such action will allow Plaintiff to move the Court for determination of disgorgement, prejudgment interest, and civil money penalties as agreed to in the Consents. <u>See</u> Dkt. Nos. 12, ¶3 and 13, ¶3. Once the amounts of disgorgement, prejudgment interest and civil penalties are determined by the Court and reduced to judgment, Plaintiff's claims against Miguel and Fonu2 will be resolved.

For the foregoing reasons, Plaintiff respectfully requests that the Court approve and enter the Orders to which Miguel and Fonu2 previously consented, which appear in the record as Dkt. Nos. 12-1 and 13-1.

---

[1] The proposed Orders were previously filed with the Court in support of the Consent documents. <u>See</u> Dkt. Nos. 12-1 ("Order of Permanent Injunction as to Defendant Fonu2, Inc.") and 13-1 ("Order of Permanent Injunction, Officer and Director Bar, and Penny Stock Bar as to Defendant Roger Miguel").

Dated:  November 7, 2017

        */s/W. Shawn Murnahan*
        W. Shawn Murnahan
        Senior Trial Counsel
        Georgia Bar No. 529940
        Tel: (404) 842-7669
        Email: murnahanw@sec.gov

        M. Graham Loomis
        Regional Trial Counsel
        Georgia Bar No. 457868
        Tel: (404) 842-7622

        Joshua M. Dickman
        Senior Counsel
        Georgia Bar No. 210855
        Tel: (404) 842-7630
        Email: dickmanj@sec.gov

        COUNSEL FOR PLAINTIFF
        Securities and Exchange Commission
        Atlanta Regional Office
        950 East Paces Ferry Road, N.E., Suite 900
        Atlanta, GA  30326-1382
        Fax: (703) 813-9364

OF COUNSEL

R. Brian Tanner
United States Attorney (Interim)
/s/ *Shannon Heath Statkus*
Shannon Heath Statkus
Assistant United States Attorney
Civil Division Chief
SC Bar No. 70410
United States Attorney's Office
Southern District of Georgia
600 James Brown Boulevard
Augusta, Georgia  30901
(706) 826-4526 (telephone)
(912) 652-4991 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**MEDIENT STUDIOS, INC., FONU2, INC., MANU KUMARAN, JOEL A. "JAKE" SHAPIRO, and ROGER MIGUEL,**<br><br>Defendants. | Case No. 4:16-cv- 00253 WTM-GRS |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of this Court using the CM/ECF system which will send notice of such filing to counsel of record.

*/s/W. Shawn Murnahan*
W. Shawn Murnahan
Senior Trial Counsel