UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

MEDIENT STUDIOS, INC., FONU2,
INC., MANU KUMARAN, JOEL A.
"JAKE" SHAPIRO, and ROGER
MIGUEL,

    Defendants.

Case No. 4:16-cv- 00253
WTM-GRS

## ORDER GRANTING JOINT MOTION TO EXTEND STAY

In considering the parties' Joint Motion to Extend Stay [Dkt. 39] and for good cause shown, **IT IS HEREBY ORDERED** that the current stay of proceedings in this matter as to Defendant Joel A. "Jake" Shapiro is extended for 30 additional days to allow resolution of the settlement reached between the parties.

SO ORDERED, this 15Th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA