IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
 Plaintiff, )
 )
v. ) CASE NO. CV416-253
 )
MEDIENT STUDIOS, INC., FONU2, )
INC., MANU KUMARAN, JOEL A. )
SHAPIRO, and ROGER MIGUEL, )
 )
 Defendants. )
 )

### ORDER

Before the Court is Plaintiff's Motion Seeking Approval of Proposed Consent Judgments. (Doc. 38.) In this motion, Plaintiff seeks the entry of the two separate proposed consent judgments stipulated to by Defendants Fonu2, Inc. (Doc. 12) and Roger Miguel (Doc. 13). No party has objected to the entry of the proposed consent judgments. After careful consideration, Plaintiff's motion is **GRANTED** and the Court will enter the proposed consent judgments in separate orders.

SO ORDERED this 27th day of November 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA