# United States District Court
## Southern District of Georgia

Securities and Exchange Commission

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-253

Medient Studios, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 3, 2018, Plaintiff's Motion for Default Judgment is Granted. Defendant is liable for disgorgement of $885,000, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $54,368.73, for a total of $939,368.73, and a civil penalty in the amount of $885,000.00 pursuant to Section 20(d) of the Securities Act and Section 21 (d)(3) of the Exchange Act.

August 3, 2018
Date

Scott L. Poff
Clerk

(By) Deputy Clerk