# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV416-253 |
| MANU KUMARAN, | ) ) | |
| Defendant. | ) ) | |

## ORDER

On April 10, 2019, the Court granted plaintiff's motion for service by publication on defendant Manu Kumaran. Doc. 56. Since that date no activity has occurred in this case. Accordingly, plaintiff is **DIRECTED** to provide an update to the Court within ten days from the date of this order on the status of this case. If defendant has been served as directed, but has failed to appear within the prescribed time, Plaintiff is also **DIRECTED to SHOW CAUSE** why this case should not be dismissed for Plaintiff's failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED,** this 16th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA