# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV416-253 |
| MANU KUMARAN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On July 16, 2019, the Court granted plaintiff's motion for substitute service in the International Edition of the New York Times. Doc. 61. Plaintiff had previously informed the Court that it would provide monthly updates regarding its efforts at service. Doc. 59 at 3. However, there has been no update in this case since the last time the Court ordered a status report. Doc. 58, doc. 59. Accordingly, plaintiff is **DIRECTED** to provide an update to the Court within ten days from the date of this order on the status of this case.

**SO ORDERED,** this 7th day of October, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA